FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW DAVID MILLER,<br><br>    Appellant,<br><br>    v.<br><br>MELINDA ANN THOMPSON,<br><br>    Appellee. | No. 2:21-CV-00158-SAB<br><br>**ORDER DISMISSING ACTION** |

On January 14, 2022, the Court issued an Order to Show Cause. ECF No. 10. The Court directed the parties to "show cause why the above-captioned case should not be dismissed for failure to prosecute." *Id.* at 2. To date, neither Appellant nor Appellee have filed a response. Accordingly, **IT IS HEREBY ORDERED**:

    1.    The above-captioned case is **DISMISSED without prejudice** for failure to prosecute.

    2.    The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to pro se Appellant and counsel, and close the file.

**DATED** this 2nd day of February 2022.

*Stanley A. Bastian*

Stanley A. Bastian

Chief United States District Judge

**ORDER DISMISSING ACTION** *1